

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# RECEIVED

MAY 1 6 2016

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

_MARIO S. ENGLISH JR._

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

**1:16-cv-5295**
**Judge John Robert Blakey**
**Magistrate Judge Jeffrey T. Gilbert**
**PC4**

_MARCELLES P. GARDNER_

_HERMAN ESKRIDGE_

_JASON M. BERRY_

_John DOES_

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

       **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR_
_FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

**I.    Plaintiff(s):**

A.    Name: ~~Daniels P. Gardner~~ MARIO S. ENGLISH JR

B.    List all aliases: NONE

C.    Prisoner identification number: B-57430

D.    Place of present confinement: MENARD CORRECTIONAL CENTER

E.    Address: P.O. Box 1000 MENARD, IL 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Marcelles P. Gardner #12457

Title: Correctional officer

Place of Employment: Stateville Correctional Center.

B.    Defendant: Jason M. Berry #2528

Title: Lieutenant, Correctional officer

Place of Employment: Stateville Correctional Center

C.    Defendant: ~~John Doe~~

Title: Correctional officer

Place of Employment: Stateville Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                Revised 9/2007

C 0. DEFENDANT: HERMAN ESKRIDGE # 4984

title: CORRECTIONAL OFFICER.

Place of Employment: stateville CORRECTIONAL CENTER

0. Defendant ~~no last name~~ ~~Dumber~~

~~title: CORRECTIONAL OFFICER~~

~~Place of Employment: stateville CORRECTIONAL officers CENTER~~

D 0. DEFENDANTS: tactical team, John does

title: CORRECTIONAL OFFICERS

Place of Employment: stateville CORRECTIONAL CENTER

4

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 1983 civil claim 13-1199

B. Approximate date of filing lawsuit: 5-8-2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Merto S. English Jr.

D. List all defendants: mark McNaBB, Randy PFISTER, Joel Starkey, SHERRY Benton and Johnny Watson

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central DISTRICT Peorta DIVISON

F. Name of judge to whom case was assigned: CHIEF JUDGE James E. Shadid

G. Basic claim made: Failure to protect, condition of confinement deliberate indifference to serious Medical Needs, and retaliation claim

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): lost summary Judgment and dismissed.
I appealed 8-17-2015

I. Approximate date of disposition: 7-20-2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

5

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _1983 civil claim 1:15 CV0395O_

B.   Approximate date of filing lawsuit: _12-11-2015_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_MARIE S. ENGLISH JP_

D.   List all defendants: _TARRY Williams, LaNel Palmer,_
_DEREK J. JaBurek, Samuel C. Johnson and_
_Shelby Johnson_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN District, IL , Eastern DIVISION_

F.   Name of judge to whom case was assigned: _JUDGE John Robert Blakey_

G.   Basic claim made: _EXCESSIVE FORCE, UNConstitutional stRip search._
_deliberate indifference to my serious medical needs_
_deliberate indifference to a substantial Risk of serious harm, FIRST, FIFTH,_
_EIGHTH and FOURTEENTH Amendments Violations._

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending!_

I.   Approximate date of disposition: _Nothing is Final_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _1983 civil claim_
   _Class action  16 - 395 - smy_

B. Approximate date of filing lawsuit: _4- 11-2016_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Marc S. English Jr B-52430_
   _David Gehret K- 96362, Donald Hackey M-09659, Blackman K-50232_
   _McCoy K-02776 and Suave Johnson R-72747_

D. List all defendants: _Kimberly Butler and Monica Nippe_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Southern District of Illinois_

F. Name of judge to whom case was assigned: _Judge Staci M-Yandle_

G. Basic claim made: _Denied access to the courts. To redress violations of_
   _their liberty interests under the Due Process clause of the FIFTH and_
   _Fourteenth amendments and FIRST and Fourteenth amendment to seek_
   _redress in a court of law. Defendants wouldnt answer grievances._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _nothing is final_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## PRELIMINARY STATEMENT

THIS IS a CIVIL Rights action; Being brought by
Mario S. English JR. a prisoner currently incarcerated
at Menard Correctional center. THE plaintiff is seeking
Compensatory, punitive monetary damages for
being tortured while in ~~every Formacot~~ 4 point Restraints
ordered by mental health staff, plaintiff hereby complain
against defendants, MARCELLES P. GARDNER, HERMAN
ESKRIDGE, JASON M. BERRY and any John Does names
Found out later in the process, DEFENDANTS are in
Violation of the EIGHTH AMENDMENT, The Right to be
FREE from cruel and unusual punishment, deliberate
indifference to my serious medical needs,
deliberate indifference to my serious mental health needs.
plaintiff seeks a judgement declaring the Defendants
conduct unconstitutional and violative and an injunction
against DEFENDANTS unlawful conduct as set forth below
on pages 19-20
Each defendant is being sued in there individual
capacity and offical capacity. all defendants have acted
under color of state law at all times relevant to this
Complaint. plaintiff intends to File a preliminary injunction
on a later date.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A.

on 2-26-2015 time unknown plaintiff was placed in 4pt. "Point", Restraints at the health care, cell 132. plaintiff was in Restraints over 16$\frac{th}{}$ hours. your suppose to be allowed to stretch Every 2 hours. I wasn't allowed to stretch for over 4 hours. Lieutenant Davis was the Lt. on First shift. Lieutenant Jason Berry was the Lt. on 2$\frac{nd}{}$ shift. Lt. Berry said, it was 5:15 p.m. and Every 2 hours after that plaintiff was allowed to stretch. plaintiff urined on himself because staff took so long to Let me out of Restraints. This is a pattern staff is using to stop prisoners from going on suicide watch. plaintiff was tied down with out a mattress. pontiac correctional center always ties you down with a mattress under you. plaintiff was not tied down properly. there is a drawning on the Back of plaintiff's grievance. prisoners are suppose to be tied level with the bed. plaintiff was tied with hands on the top Bar and his feet on the top Bar. my feet fell asleep. my circulation was cut off. I was in pain for over 3 hours. I was yelling for medical help for hours but nobody would help me untill i was Let out to stretch at 5:15 P.M. the Restraints were to tight. you could see the indents in my skin

Revised 9/2007

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

From the Restraints. the Restraints were tied around my ankles to the 2nd whole on the Restraints. you couldn't even put a finger in between the Restraints and my ankle. THE NURSE didn't even check my Restraints. NURSE Jerald was working this day.

B. On 2-26-2015, at the health care unit, 2nd shift officer Gardner came in on 2nd shift and left plaintiff in pain untill 5:15 p.m. plaintiff was yelling in pain for help. plaintiff told officer Gardner his legs were in pain and I need to see a nurse, mental health staff or a Lieutenant. No nurse or mental health staff member showed up. Gardner said, Lieutenant I told Lieutenant Berry you were in pain. But I can't make him come over to health care.

C. On 2-26-2015, at the health care unit, 2nd shift, Lieutenant Jason Berry came to health care so plaintiff could stretch his arms and legs. Lt. Berry knew plaintiff was in pain but he didn't believe plaintiff so Lt. Berry grabbed my left foot and moved it around, which made me yell in pain. NURSE Udya seen it. witness Blackman K-50232 heard plaintiff yelling in pain and asking for help for several hours. there was a camera used when plaintiff was put in restraints.

X

Revised 9/2007

D. on 2-26-2015, at the health care unit, 1st shift plaintiff was yelling in pain for help. plaintiff told c/o HERMAN ESKRIDGE his legs were in pain and I need to see a nurse or mental health staff member. he wouldn't help me.

E. on 2-26-2015, at the health care unit, 1st shift "John Does, AKA tactical team tied plaintiffs hands and feet to the top bars of the bed and left the cell. Camera used!

//

## V. EXHAUSTION OF LEGAL REMEDIES

a. plaintiff exhausted all available administrative Remedies for his claims.

B. attached to this complaint is the GRIEVANCE that was sent to the counselor and grievance officer SEE Exhibit (A) pg. 12

C. plaintiff sent the GRIEVANCE officers decision to the Administrative REVIEW Board in springfield.

D. Leslie mc carty from the ~~Administrativ~~ Administrative REVIEW Board. Responded to the appeal. SEE Exhibit (B) pg. 13

14

## VI. CLAIMS UPON WHICH RELIEF MAY BE GRANTED.

A. that the deliberate actions of MARCELLES P. GARDNER are in violation of the EIGHTH AMENDMENT, THE Right to be FREE FROM CRUEL and unusual punishment. Conditions-of-CONFINEMENT.

MARCELLES P. GARDNER was deliberate indifference to my serious medical needs. plaintiff was yelling in pain for help. plaintiff told GARDNER that his legs were in pain. plaintiff doesn't know IF GARDNER told a nurse ~~mental health~~ that plaintiff's legs were in pain.

MARCELLES P. GARDNER was deliberate indifference to my serious mental health needs.

plaintiff told GARDNER that his legs were in pain.

plaintiff doesn't know IF GARDNER told mental health that plaintiff's legs were in pain.

plaintiff had a Right to be tied level to the bed. this was a mental health issue.

GARDNER wouldn't untie my feet from the top bar of the bed. GARDNER is reckless and will continue to do so.

13 15

B. 2. that the deliberate actions of c/o HERMAN ESKRIDGE are In violation of the EIGHTH AMENDMENT, the Right to be FREE From cruel and unusual punishment, Conditions-of-confinement.

c/o HERMAN ESKRIDGE was deliberate indifference ~~difference~~ to my serious medical needs. he wouldn't inform a nurse that plaintiffs legs were in pain and he needs to SEE a NURSE.

c/o HERMAN ESKRIDGE was deliberate indifference to my serious mental health needs. he didn't tell mental health staff that plaintiffs' legs were in pain and he needs to see mental health. plaintiff had a right to be tied Level to the bed. this was a mental health issue.

he wouldn't ask anybody to untie my feet from the top bar of the bed.

c/o ESKRIDGE is Reckless and will continue to do so.

13 16

C. B. that the deliberate actions of Jason M. BERRY
are in violation of the EIGHTH AMENDMENT, the
Right to be FREE From cruel and unusual punishment.
conditions-of-confinement.
Jason BERRY was deliberate indifferent to my
serious medical needs. he wouldn't come to health care
and let plaintiff out of leg Restraints and he knew plaintiff
was yelling in pain For help and BERRY grabbed plaintiffs
left feet and moved it around because Berry didn't believe
plaintiff was in pain. plaintiff yelled in pain when Berry
was moving plaintiffs feet.
Jason BERRY was deliberate indifferent to my
serious mental health needs plaintiff had a Right to
be tied level to the bed. this was a mental health
issue. he wouldn't come to health care to untie
my feet from the top Bar of the Bed.
~~incarcerated~~ Jason is RECKLESS and will continue to do.

0 7. that the deliberate actions of c/os John Does,
are in violation of the EIGHTH amendment, the right
to be FREE From cruel and unusual punishment.
Condition-of-confinement.

John Does were, "deliberate indifference" to my
mental health needs. plaintiff had a right to be tied level
to the bed. this was a mental health issue.

John Does were AKA tactical team, are Reckless and
will continue to do so.

18

WHEREFORE, plaintiffs ~~Respectfully prays that this~~ and the class members Respectfully prays that this court ENTER judgment granting plaintiffs,

## VII. RELIEF REQUESTED

A. Damages, award plaintiff MONETARY DAMAGES in the amount of $9,000 against Each DEFENDANT FOR their malicious and willful misconduct.

B. award plaintiff MONETARY damages in the Amount of $9,000 against Each defendant for his pain and suffering Emotional stress and mental anguish. caused by the defendants' malicious and willful misconduct.

C EXEMPLARY [Monetary and Punitive] damages against Each defendant in the amount of $9,000 For their malicious and willful misconduct; while acting under color of law and there upon Engaging in actions against the plaintiff in a manner that violated the EIGHTH amendment of the UNITED states constitution.

19

D. Declare that Defendants actions and inactions are unlawful and unconstitutional for the Reasons specified above;

E. Enter a preliminary and permanent injunction directing Defendants to provide:

1. Cameras placed on prisoners who are placed in Restraints through mental health.

2. Permanently preventing plaintiff from ever being sent back to stateville correctional center.

F. Release the plaintiff from punitive segregation and Restore all Rights and privileges.

G. plaintiffs cost in this suit

20

H. If counsel is appointed, award Reasonable
attorneys fees pursuant to 28 u.s.c § 1988 and
42 u.s.c § 12205

I award any such further Relief as the court
May deem just, proper and Equitable.

208 21

THE plaintiff demands that the case be tried by a jury ☒YES ☐ NO

Respectfully submitted,

Mario S. English JR.

CERTIFICATION

By Signing this complaint. I certify that the fact stated in this complaint are true to the best of my Knowledge, information and belief. I understand that if this certification is not correct. I may be subject to sanctions by the court

Signed this 2nd day of May 2016

Mario S. English JR.
MARIO S. ENGLISH JR.

MENARD CC

P. O. Box 1000

MENARD, IL 62259

(618)-826-5071

OFFICIAL SEAL
SHANE W. GREGSON
Notary Public - State of Illinois
My Commission Expires 2/25/2019

Subscribed and sworn to before ME this 2nd day of May , 2016 . Shane W. G

NOTARY Public

D. F house counseler
CELL 222

ILLINOIS DEPARTMENT OF CORRECTIONS
EXHIBIT (A)

**OFFENDER'S GRIEVANCE**

| Date: 3-9-2015 | Offender: (Please Print) MARIO S. ENGLISH | ID#: B-57430 |
|---|---|---|

| Present Facility: Stateville CC | Facility where grievance Issue occurred: Stateville CC |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: ___/___/___
Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON FEB-26-2015 time unknown I was placed in
Restraints at the Health care, cell 132. I was in Restraints
over 16th hours. your supose to be allowed to stretch every 2
hours. I wasn't allowed to stretch for over 4 hours. Lt Davis
was the Lt. on First shift. Lt Barry was the Lt. on 2ⁿᵈ shift.
Lt. Barry said it was 5:15 pm and every 2 hours After that i was
allowed to stretch. I urined on myself because staff wouldn't let me out of Restraints.
Let me out of restraints. this is a pattern staff is using to stop

**Relief Requested:** I go through Grievance procedure or will ask for more in civil court
this was torture. see camera for proof. will take lie detector test camera
placed on people put in restraints. use a mattress when restrained witness Guillman 133

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mario S. English | B-57430 | 3, 5, 2015 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

Distribution: Master File; Offender                    Page 1                    DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

people from going on suicide watch.

I was tied down with out a mattress
Practice always tied ties you down with a mattress.
I dont know if it is law or mental health choice to give
mental health prisoners a mattress while restrained.

I was not tied down properly.

my feet were tied to the top of the bed.

Bed



BED

legs

legs for bed

From being tied down like this, my feet fell asleep
I was in constant pain for over 3 hours. I was
yelling for medical help for over hours but nobody would
help me untill i was let out to stretch at 5.95 p.m.
(t Barry tied my feet level to the bed.

the restraints were to tiet. you could see the indents in my skin
from the restraints. the restraints were tied around my ankles to the
2nd whole on the restraints. you couldnt even put a finger
in between the restraints & my ankle. nurse Jerald didnt even
check my restraints.
I told orange crush before they left. The restraints werent suppose
to be used this way. with Audio the cameras will repeat my
exact words. Sgt with Gardner and lt Berry came in on 2nd shift 0 3rd
left me in pain untill 5:15 A.M.
I was denied medical treatment when i was yelling for it.
witness prisoner Quillman 133.

Page 2

DOC 0046 (8/20

Distribution: Master File: Offender

Printed on Recycled Paper

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _English, Mario_                     Date: _3/8/16_

Register # _B57430_

Facility: _Menard CC_

This is in response to your grievance received on _10/22/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _3/5/15_  Grievance Number: _H228_  Griev Loc: _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident #_____

☒ Other _Medical - Denied use of restroom while in restraints_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Monetary compensation is outside the scope of the ARB._

FOR THE BOARD: _Leslie McCarty_        CONCURRED: _John Baldwin_
              Leslie McCarty                          John R. Baldwin
         Administrative Review Board                   Acting Director  _3/11/16_

CC:  Warden, _Menard_ Correctional Center
     _English, Mario_ ,Register No. _B57430_

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

23 of 22

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marto S English JR

Plaintiff,

v.                                                    ) Case No. _____

Marcelles P. Gardner, et al.

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Inmate of Prisoner Correspondence Ofc
United States District Court          TO: Assistant Attorney General
219 South Dearborn Street             General Law Bureau
Chicago, Illinois 60604               100 West Randolph Street, 13th Floor
                                      Chicago, Illinois 60601

TO: _____               TO: _____
_____                   _____
_____                   _____

PLEASE TAKE NOTICE that on ___5-_-8___, 2016, I have placed the
documents listed below in the institutional mail at Menard Stateville Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: (3) Complaints 22 pages and 3 united states
marshals service forms.
_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: ___5-8___, 2016

                          /s/ Marto S English JR
                          NAME: Marto S English JR
                          IDOC#: B-57930
                   Menard Stateville Correctional Center
                          P.O. BOX 112 /000
                   Menard Joliet, IL 60434 62259
                          on behalf of the plaintiff
                                              his request of us
(118) 826-5071